IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SETTOON TOWING, LLC,

    Plaintiff,

vs.                                              Case No. 3:17-cv-60-JM

M/V TWYLA LUHR, its engines, tackle,
apparel, equipment, furniture, appurtenances,
etc., *in rem*, and LUHR BROS., INC., *in personam*,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the Plaintiff's action should be dismissed with prejudice.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's action be, and it is hereby, dismissed with prejudice, and the parties shall bear their own costs.

IT IS SO ORDERED.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Date: November 14, 2018

We Consent:

__/s/ Andre J. Mouledoux_____
Andre J. Mouledoux – LA #9778
Daniel J. Hoerner – LA #21706
Attorneys for Plaintiff
Mouledoux, Bland, Legrand & Brackett, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA  70139
Telephone:	(504) 595-3000
Fax:		(504) 522-2121
E-mail:		amouledoux@mblb.com
E-mail:		dhoerner@mblb.com


__/s/ Elissa Mulrooney Coombs_____
G. Ray Bratton – TN #7522
Elissa Mulrooney Coombs – TN #22209
Attorneys for Defendants
BRATTON & O'NEAL, P.C.
675 Oakleaf Office Lane, Suite 200
Memphis, Tennessee  38117-4863
Telephone:	(901) 684-6100
Fax:		(901) 684-6106
E-mail:		raybratton@brattononeal.com
E-mail:		emm@brattononeal.com